UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LATISHA THOMPSON, ON BEHALF OF HERSELF and ALL OTHERS similarly situation<br><br>Plaintiff,<br><br>v.<br><br>RGT MANAGEMENT, INC.,<br><br>Defendant.<br>_____/ | Case No. 11-02573<br><br>SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [42]

On June 8, 2012, Magistrate Judge Vescovo issued a Report and Recommendation [42] that Plaintiff's Motion for Conditional Certification [22] should be granted in part. No objection to the Report and Recommendation was filed. *See* Fed. R. Civ. P. 72(a).

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Conditional Certification [22] is **GRANTED**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED
STATES DISTRICT JUDGE

Dated: August 8, 2012